433 A.2d 118

Commonwealth v. Simon, Appellant.

Submitted September 13, 1979. John G. McDougall, for appellant; Adam D. Bavolack, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed on the lower court opinion.